NUMBER 13-04-401-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

FRANK BARNES,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 214th District Court 
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, FRANK BARNES, perfected an appeal from a judgment entered by the 
214th District Court of Nueces County, Texas, in cause number 03-CR-1695-F. 
Appellant has filed a motion to withdraw the notice of appeal. The motion complies
with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
withdraw the notice of appeal, is of the opinion that appellant's motion to withdraw
the notice of appeal should be granted. Appellant's motion to withdraw the notice of
appeal is granted, and the appeal is hereby DISMISSED.
 
                                                                        PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and 
filed this the 24th day of November, 2004.